UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTERVAL LICENSING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>AOL, INC.,<br><br>    Defendant. | Case No. 2:10-cv-01385-BJR (Lead Case) (Track 2), C13-263BJR (Track 1)<br><br>**ORDER PURSUANT TO STIPULATION (Doc. 399)** |
| INTERVAL LICENSING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE, INC.,<br><br>    Defendant. | Case No. 2:11-cv-00708 BJR (Track 2), C13-264BJR (Track 1)<br><br>Lead Case No. 2:10-cv-01385-BJR |
| INTERVAL LICENSING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>EBAY, INC.,<br><br>    Defendant. | Case No. 2:11-cv-00709 BJR (Track 2)<br><br>Lead Case No. 2:10-cv-01385-BJR |
| INTERVAL LICENSING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>    Defendant. | Case No. 2:11-cv-00710 BJR (Track 2)<br><br>Lead Case No. 2:10-cv-01385-BJR |

| | |
|---|---|
| INTERVAL LICENSING LLC,<br><br>               Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>               Defendant. | Case No. 2:11-cv-00711 BJR (Track 2), C13-265BJR (Track 1)<br><br>Lead Case No. 2:10-cv-01385-BJR |
| INTERVAL LICENSING LLC,<br><br>               Plaintiff,<br><br>v.<br><br>NETFLIX, INC.,<br><br>               Defendant. | Case No. 2:11-cv-00712 BJR (Track 2)<br><br>Lead Case No. 2:10-cv-01385-BJR |
| INTERVAL LICENSING LLC,<br><br>               Plaintiff,<br><br>v.<br><br>OFFICE DEPOT, INC.,<br><br>               Defendant. | Case No. 2:11-cv-00713 BJR (Track 2)<br><br>Lead Case No. 2:10-cv-01385-BJR |
| INTERVAL LICENSING LLC,<br><br>               Plaintiff,<br><br>v.<br><br>OFFICEMAX INC.,<br><br>               Defendant. | Case No. 2:11-cv-00714 BJR (Track 2)<br><br>Lead Case No. 2:10-cv-01385-BJR |
| INTERVAL LICENSING LLC,<br><br>               Plaintiff,<br><br>v.<br><br>STAPLES, INC.,<br><br>               Defendant. | Case No. 2:11-cv-00715 BJR (Track 2)<br><br>Lead Case No. 2:10-cv-01385-BJR |

| | |
|---|---|
| INTERVAL LICENSING LLC, | Case No. 2:11-cv-00716 BJR (Track 2), C13-266BJR (Track 1) |
| Plaintiff, | |
| v. | Lead Case No. 2:10-cv-01385-BJR |
| YAHOO! INC., | |
| Defendant. | |
| INTERVAL LICENSING LLC, | Case No. 2:11-cv-00717 BJR (Track 2) |
| Plaintiff, | |
| v. | Lead Case No. 2:10-cv-01385-BJR |
| YOUTUBE LLC, | |
| Defendant. | |

Pursuant to the stipulation between Plaintiff Interval Licensing LLC ("Interval") and Defendants AOL, Inc., Apple, Inc., eBay, Inc., Facebook, Inc., Google Inc. (now Google LLC)[1], Netflix, Inc., Office Depot, Inc., OfficeMax, Inc., Staples, Inc., Yahoo!, Inc., and YouTube LLC ("Defendants"), (Doc. 399) it is hereby ORDERED that:

1. All claims presented by Interval against Defendants shall be dismissed with prejudice. In light of this dismissal, any counterclaims asserted by Defendants against Interval shall be dismissed as moot and without prejudice; and

2. Interval and Defendants each shall bear their own costs and attorneys' fees.

Dated: November 13, 2018

_Barbara J Rothstein_

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

---

[1] Google Inc. filed a Certificate of Conversion with the Delaware Secretary of State, in which Google Inc. converted from a corporation to a limited liability company and changed its name to Google LLC on September 30, 2017.